UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       )<br>            Plaintiff,  )<br>       )<br>       v.  )<br>       )<br>MARK ANTHONY FORD,  )<br>       )<br>            Defendant.  )<br>_____ ) | Case No. CR07-0061-RSL<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

Count 1: Conspiracy to Defraud the United States with Respect to Claims in violation of 18 U.S.C. § 286.

Counts 2 through 12: False Claims for Income Tax Refunds in violation of 18 U.S.C. §§ 287 and 2.

<u>Date of Detention Hearing</u>:   March 9, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has three convictions for theft in the first five months of 2006.

(2)   Defendant has an extensive history of failures to cooperate and comply with the terms of his supervised release. This reflects either an unwillingness or an inability of

18 U.S.C. § 3142(i)                                                                                                Rev. 1/91
PAGE 1

01  defendant to comply with terms of supervision and court orders.

02      (3)    Defendant was on supervised release whenever the alleged offenses occurred.

03      (4)    There appear to be no conditions or combination of conditions other than

04  detention that will reasonably address the risk of nonappearance and the risk of danger,

05  including economic danger, to the community.

06      IT IS THEREFORE ORDERED:

07      (1)    Defendant shall be detained pending trial and committed to the custody of the

08  Attorney General for confinement in a corrections facility separate, to the

09  extent practicable, from persons awaiting or serving sentences or being held in

10  custody pending appeal;

11      (2)    Defendant shall be afforded reasonable opportunity for private consultation

12  with counsel;

13      (3)    On order of a court of the United States or on request of an attorney for the

14  government, the person in charge of the corrections facility in which

15  defendant is confined shall deliver the defendant to a United States Marshal

16  for the purpose of an appearance in connection with a court proceeding; and

17      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

18  counsel for the defendant, to the United States Marshal, and to the United

19  States Pretrial Services Officer.

20  DATED this 12th day of March, 2007.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge