UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-61-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MARK ANTHONY FORD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 9, 2009. The United States was represented by Assistant United States Attorney Mark Bartlett and the defendant by Michael Craig Nance.

The defendant had been charged and convicted of Conspiracy to Defraud the United States with Respect to Claims, in violation of 18 U.S.C. § 286. On or about July 6, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of twenty-four (24) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, $42,100 restitution, submit to search and no new lines of credit without permission of USPO.

In a Petition for Warrant or Summons, dated May 22, 2009 U.S. Probation Officer Jennifer J. Tien asserted the following violation by defendant of the conditions of his

supervised release:

    (1)    Using cocaine on or before February 25, April 5, May 1 and 13, 2009, in violation of standard condition number seven.

    (2)    Failing to attend intensive outpatient drug treatment since May 5, 2009, in violation of the special condition of drug aftercare.

    (3)    Failing to report for urinalysis testing on February 24, April 6 and 17, May 18 and 19, 2009, in violation of the special condition of drug aftercare..

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik for June 30, 2009 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of June, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
       AUSA:    Mr. Mark Bartlett
       Defendant's attorney:    Mr. Michael Craig Nance
       Probation officer:    Ms. Jennifer J. Tien