# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY FORD,<br><br>Defendant. | NO. CR07-61-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 16, 2010. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Michael Craig Nance.

The defendant had been charged and convicted of Conspiracy to Defraud the United States with Respect to Claims, in violation of 18 U.S.C. 286. On or about July 6, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of twenty-four months in custody, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $42,100 restitution, search, no new lines of credit, and up to 120 days at RCC.

In a Petition for Warrant or Summons, dated February 19, 2010, U.S. Probation Officer Jennifer J. Tien asserted the following violation by defendant of the conditions of his supervised release:

(1) Using cocaine on or before October 19, 2009, December 1, 2009, January 1, 2010, and February 1, 2010, in violation of standard condition number 7..

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on violation 1 has been set before the Honorable Robert S. Lasnik on April 6, 2010 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 16th day of March, 2010.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Robert S. Lasnik
     AUSA:                   Annette Hayes
     Defendant's attorney:   Michael Craig Nance
     Probation officer:      Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2