UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 07-61 RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MARK ANTHONY FORD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on September 2, 2010. The United States was represented by Assistant United States Attorney Bruce Miyake and the defendant by Michael Craig. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Defraud the United States With Respect to Claims, in violation of 18 U.S.C. § 286. On or about July 6, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of twenty-four (24) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. After previous violations of supervised release, special conditions imposed included but were not limited to residing in a residential reentry center for up to 120 days or until discharge by the probation officer.

In a Petition for Warrant or Summons dated August 30, 2010, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

(1) Using cocaine on or before August 27, 2010, in violation of standard condition number seven.

(2) Failing to satisfactorily participate in the residential reentry center by absconding on or about August 28, 2010, in violation of the special condition that he participate in the residential reentry center for up to 120 days or until discharge by the probation officer.

On August 30, 2010, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On September 2, 2010, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to committing violation 1 with the amendment that the use of cocaine took place on or before August 29, rather than August 27 as alleged. Defendant also admitted committing violation number 2. .

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 1 (as amended) and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik on September 17, 2010 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of September, 2010.


/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge


cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Mr. Bruce Miyake
     Defendant's attorney:     Mr Michael Nance
     Probation officer:        Ms. Jennifer Tien