UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.  CR07-061-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MARK ANTHONY FORD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on November 22, 2010.  The United States was represented by AUSA Jim Schacht for Bruce Miyaki and the defendant by Mike Nance.  The proceedings were digitally recorded.

Defendant had been sentenced on or about July 6, 2007  by the Honorable Robert S. Lasnik on a charge of Conspiracy to Defraud the United States with Respect to Claims, and sentenced to 24 months custody, 3 years supervised release. (Dkt. 24.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from incurring new credit charges or lines of credit, participate in drug testing and treatment, abstain from alcohol, submit to search, pay restitution

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

in the amount of $42,100, and provide his probation officer with access to financial information as requested.

On March 20, 2009, defendant's probation officer reported that he tested positive for cocaine. The defendant was reprimanded, referred for professional assessment, and testing was increased. No further action was taken at the time. (Dkt. 25.) On April 15, 2009, defendant's probation officer reported that he tested positive a second time for cocaine. Defendant was placed in a structured testing program and referred for counseling. No further action was taken at the time. (Dkt. 26.) Ono June 30, 2009, defendant admitted violating the conditions of supervised release by using cocaine, failing to attend intensive outpatient treatment and failing to report for urinalysis testing. He was sentenced to 90 days in custody, plus 27 months supervised release. Previous conditions of supervised release were imposed, plus defendant was required to participate in mental health treatment and satisfactorily participate in a residential reentry center program for up to 90 days. (Dkt. 35.)

Ono January 20, 2010, defendant's probation officer reported that he tested positive for cocaine on two occasions. He was reprimanded, placed in a structured testing program, with increased frequency of testing, and referred for counseling, professional assessment, and intensive outpatient treatment. No further action was taken at the time. (Dkt. 36.) On March 16, 2010, defendant admitted violating the conditions of supervised release by using cocaine on a number of occasions. (Dkt. 46.) He was sentenced to four months in custody, plus 27 months supervised release. Additionally, he was required to successfully complete a residential reentry center program for up to 120 days. (Dkt. 49.) On September 2, 2010, defendant admitted violating the conditions of supervised release by using cocaine on or before August 27, 2010, and

failing to satisfactorily participate in the residential reentry center program by absconding. (Dkt. 56.) He was sentenced to 30 days in custody, plus 24 months supervised release. (Dkt. 61.) On October 15, 2010, defendant's probation officer reported that he tested positive for cocaine. He was placed in a structured testing program, reprimanded, testing was increased and he was referred for professional assessment. (Dkt. 62.) No further action was taken at the time.

In an application dated November 22, 2010 (Dkt. 63, 64), U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

1. Using cocaine on or before November 20, 2010, in violation of standard condition number 7.

2. Failing to comply with the rules and regulations of the location monitoring program by using cocaine and deviating on or before November 20, 2010, in violation of the special condition that he participate in the location monitoring program for a period of 120 days.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 65.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

/ / /

/ / /

/ / /

/ / /

Pending a final determination by the Court, defendant has been detained.

DATED this 22nd day of November, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:      Honorable Robert S. Lasnik
    AUSA:               Jim Schacht, Bruce Miyaki
    Defendant's attorney: Mike Nance
    Probation officer:   Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4